Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNICOLORS, INC.,

Plaintiff,

v.

ABS BY ALLEN SCHWARTZ; *et al.*,

Defendants.

Case No.: CV12-5471 RGK (RNBx)
*Honorable R. Gary Klausner Presiding*

**NOTICE OF SETTLEMENT**

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT the parties to this action have reached a settlement agreement in principle that will resolve all remaining claims at issue.

The parties are currently preparing the written settlement agreement. Once it is completed and the obligations therein are discharged, which the parties anticipate will happen shortly, the parties will file a stipulation for dismissal.

Respectfully submitted,

Dated: June 24, 2013 By: /s/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Doniger / Burroughs APC
Attorneys for Plaintiff
Unicolors, Inc.

Dated: June 24, 2013 By: /s/ Matthew Lawrence Seror
Matthew Lawrence Seror, Esq.
Buchalter Nemer APC
Attorneys for Defendants