Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNICOLORS, INC., | Case No.: CV12-5471 RGK (RNBx) |
|---|---|
| Plaintiff, | *Honorable R. Gary Klausner Presiding* |
| v. | **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| ABS BY ALLEN SCHWARTZ; *et al.*, | |
| Defendants. | |

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

## [PROPOSED] ORDER:

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees as incurred in this action, and with this Court retaining jurisdiction to enforce the terms of the settlement agreement precipitating this dismissal.

SO ORDERED.

Dated: June 28, 2013         By: _____
                                 Honorable R. Gary Klausner
                                 U.S. District Court Judge